UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HOBERMAN & TREPP, P.C.

| | | |
|---|---|---|
| MICHAEL FRENCH, ETANO | Plaintiff(s) | Index # 12 CV 5808 |
| - against - | | |
| THE UNITED STATES OF AMERICA, ETAL | Defendant(s) | Purchased July 30, 2012<br>File # 17229<br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANDERSON CHAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 29, 2012 at 09:30 AM at

86 CHAMBERS STREET
3RD FLOOR
NEW YORK, NY 10007

deponent served the within SUMMONS AND COMPLAINT on THE UNITED STATES OF AMERICA therein named.

    BY LEAVING A TRUE COPY WITH LISA AHEARN, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 45 | 5'7 | 155 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 29, 2012

| | | | |
|---|---|---|---|
| RALPH MULLEN<br>Notary Public, State of New York<br>No. 01MU6238632<br>Qualified in New York County<br>Expires April 11, 2015 | JOSEPH KNIGHT<br>Notary Public, State of New York<br>No. 01KN6178241<br>Qualified In New York County<br>Expires November 26, 2015 | JONATHAN GRABER<br>Notary Public, State of New York<br>No. 01GR6156780<br>Qualified in New York County<br>Expires December 4, 2014 | ANDERSON CHAN<br>License #: 1220482<br>Invoice #: 560178 |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728