UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: HOBERMAN & TREPP, P.C.

---

MICHAEL FRENCH, ETANO

Plaintiff(s)

- against -

THE UNITED STATES OF AMERICA, ETAL

Defendant(s)

Index # 12 CV 5808

Purchased July 30, 2012
File # 17229

**AFFIDAVIT OF SERVICE**

---

STATE OF District of Columbia : COUNTY OF        ss:

Mark Simons    BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT 808 L St SE, Washington, DC 20003

That on September 5, 2012 at 01:13 PM at

475 L'ENFANT PLAZA SW
WASHINGTON, DC 20260-1100

deponent served the within SUMMONS AND COMPLAINT on UNITED STATES POSTAL SERVICE therein named.

BY LEAVING A TRUE COPY WITH JACKIE CONNELY, LEGAL CLERK, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 53 | 5'8 | 135 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: September 7, 2012
Notary: Rosanna Settles

Server: Mark Simons

Invoice #: 560176